IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re KHAMISI BRANCH, J-33960,  )  No. C 11-1657 CRB (PR)
          Plaintiff.                              )  ORDER OF DISMISSAL

On April 6, 2011, this civil action by a prisoner was transferred to this court by the Eastern District of California. The next day, the court notified plaintiff in writing that the action was deficient because he had not submitted a complaint or petition, or paid the requisite filing fee or submitted a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  May 20, 2011                              _____
                                                  CHARLES R. BREYER
                                                  United States District Judge

G:\PRO-SE\CRB\CR.11\Branch, K1.dsifp.wpd